IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DELTA FINANCIAL CORPORATION, *et al.*, <br><br> Debtors. <br><br> DELTA FINANCIAL CORPORATION, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and AXIS SPECIALTY INSURANCE COMPANY, <br><br> Defendants-Appellees. | Chapter 11 <br><br> Case No.: 07-11880 (CSS) <br> (Jointly Administered) <br><br><br> Adv. Pro. No. 08-50287 (CSS) <br><br><br><br> Civil Action No. 09-49 (JJF) |

## STIPULATION OF PARTIAL DISMISSAL OF APPEAL
## AS TO AXIS SPECIALTY INSURANCE COMPANY

Pursuant to Fed. Bankr. R. 8001(c)(2), Plaintiff-Appellant Delta Financial Corporation and Defendant-Appellee AXIS Specialty Insurance Company ("AXIS"), by and through their attorneys, stipulate and agree to the dismissal of the instant appeal solely as to AXIS and request that the Clerk of the District Court enter an order dismissing the appeal as to AXIS. This action remains pending as to the remaining Defendants-Appellees.

Dated: May 5, 2009

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By: /s/ John E. James<br>John E. James (DE Bar 996)<br>Richard L. Horwitz (DE Bar 2246)<br>Gabriel R. MacConaill (DE Bar 4734)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19899<br>(302) 984-6000 | By: /s/ Kevin F. Brady<br>Kevin F. Brady (#2248)<br>Christina Thompson (#3976)<br>Marc J. Phillips (#4445)<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |

-and-

HAHN & HESSEN LLP
John P. McCahey (admitted pro hac vice)
Mark T. Power (admitted pro hac vice)
Christina J. Kang (admitted pro hac vice)
488 Madison Avenue
New York, NY 10022
(212 478-7200

*Attorneys for Plaintiff-Appellant Delta Financial Corporation*
Pac#914635

*Attorneys for Defendant-Appellee AXIS Specialty Insurance Company*

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWRE

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2009, I electronically filed the Stipulation of Partial Dismissal of Appeal as to Axis Specialty Insurance Company with the Clerk of Court using CM/ECF which will send notification of such filing to the following: *

Carl N. Kunz, III at ckunz@morrisjames.com
John E. James, at jjames@potteranderson.com, achin@potteranderson.com, agarrahna@potteranderson.com. clis@potteranderson.com
Gabriel R. MacConaill at gmacconaill@potteranderson.com
   *These parties were also served by hand delivery.


I hereby certify that on May 5, 2009, I have mailed by United States Postal Service, and sent by facsimile, the document to the following non-registered participants:

Mark T. Power, Esquire
John P. McCahey, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: 212/478-7400

Joseph K. Powers, Esquire
Edward J. Kirk, Esquire
J. Gregory Lahr, Esquire
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400
Facsimile: 212/422-0925

Joan M. Gilbride, Esquire
Brian Sher, Esquire
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, NY 10271
Facsimile: 212/980-9291

---

Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
cthompson@cblh.com

#683727