IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| DELTA FINANCIAL CORPORATION, et al., | : |
| | : |
| | : Case No. 07-11880-CSS |
| Debtors. | : |
| | : |
| DELTA FINANCIAL CORPORATION, | : |
| | : |
| Appellant, | : Bankr. Adv. Proc. 08-50287-CSS |
| | : |
| v. | : Civil Action No. 09-49-JJF |
| | : |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY, | : |
| | : |
| Appellees. | : |

### FINAL ORDER

At Wilmington, this 4th day of August 2009, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the December 15, 2008 Order of the Bankruptcy Court is **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE